GLEN M. WILLIAMS
SR. U. S. DISTRICT JUDGE

180 West Main Street
P. O. Box 339
Abingdon, VA 24212
(276) 628-8147

June 3, 2004

Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E
Washington, D.C. 20544

Re: Calendar Year 2003 Filing

Dear Ms. Lisi:

This letter is in response to your letter of May 19, 2004.

As to the one-thousand dollar ($1,000.00) honorarium from Appalachian School of Law, I enclose a copy of my personal check for one-thousand dollars ($1,000.00) that I returned to the Appalachian School of Law. This check was written by ██████ who handles my personal finances, since I am legally blind.

The House and lots, listed on page 1, line 12 is located in Lee County, VA.

In Part VII, page 1, line 3 for Farm, Jonesville, VA, the income from the farm was from a tobacco allotment. The type of income is farm income.

In Part VII, page 1, lines 3 and 12, In 1975, I purchase a ██████ farm West of Jonesville Va. This farm has been listed at cost on every report I have filed. On October 12, 2000, I purchased a "House and Lots on ████████ of Jonesville Va for one hundred and eight thousand dollars ($108,000.00) as shown on my 2000 report. I report the value of the property as being at cost.

In Part VII, page 1, lines 8 and 11, the value codes should not have been repeated under column C(1); therefore, we will change those to blanks Column D(3) correctly reflects the redemption price as to both of these bonds.

Finally, in Part VII, page 1, lines 17 through 21, the same value code C(1) applies to the value code for D(3).

If I failed to properly respond to any issues raise, please advise.

Sincerely,



RECEIVED 2005 JUN 14 P 3: 11
FINANCIAL DISCLOSURE OFFICE



GLEN M. WILLIAMS
PH.
JONESVILLE, VA.

DATE 11-25-03

PAY TO THE
ORDER OF Appalachian School of Law    $ 1,000.00

DOLLARS

THE POWELL VALLEY NATIONAL BANK
JONESVILLE, VA.

MEMO Donation



FOR DEPOSIT ONLY
Appalachian School of Law

12/05/03

ENDORSE HERE

AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics in Government Act of 1978

(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Williams, Glen M | 2. Court or Organization<br><br>U.S. District Court, WDVA | 3. Date of Report<br><br>4/3/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior United States District | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>Post Office Box 339<br><br>Abingdon, VA 24212 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____    Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 APR 19 P 2:37

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | Appalachia School of Law Honariaum - Appalachia Service Award | 1000.00 |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Glen M | 4/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Powell Valley National Bank Jonesville, Virginia | C | Interest | J | T | | | | | |
| 2. Powell Valley National Bank Jonesville Virginia | B | Dividend | J | T | | | | | |
| 3. Farm, Jonesville Virginia | A | | M | R | | | | | |
| 4. Hanover Co. IDA Bonds | B | Interest | K | T | | | | | |
| 5. VA Coll Building Authority EDL | A | Interest | J | T | | | | | |
| 6. Dome Mines Ltd., Stock | A | Dividend | J | T | | | | | |
| 7. Couer d/Alene Mines | A | None | J | T | | | | | |
| 8. University Of VA Bonds | C | Interest | K | T | redemption | 6/02 | L | B | |
| 9. Metro Virginia Bonds | C | Interest | K | T | | | | | |
| 10. Powell Valley National Stock | D | Dividend | M | T | | | | | |
| 11. Metro-Wash Bonds | C | Interest | K | T | redemption | 10/31 | K | B | |
| 12. House and lots, Hwy 58 | A | Rent | M | R | | | | | |
| 13. Virginia Beach Bonds | A | Interest | J | T | | | | | |
| 14. VA State Housing Dev Authority Bonds | C | Interest | L | T | | | | | |
| 15. State of VA Residential Authority Infrastructure Rev | E | Interest | K | T | | | | | |
| 16. VA State Housing Dev Authority VHDA Bonds | E | Interest | K | T | | | | | |
| 17. Ciena Corporation | D | Interest | K | T | Buy | 5/16 | | | |
| 18. Virginia St Res At Infra RV Pooled LN | E | Interest | K | T | Buy | 7/07 | | | |

Income/Gain Codes:   A = $1,000 or less   E = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
Value Codes   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Glen M | 4/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Muniyield Quality FD II | D | Interest | J | T | Buy | 10/30 | | | |
| 20. Virginia ST Res At Infra RV Pool LN | F | Interest | L | T | Buy | 06/02 | | | |
| 21. VA ST Res Authority | E | Interest | K | T | Buy | 10/30 | | | |

Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
U = Book Value   V = Other   W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Williams, Glen M | 4/3/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

This stock on line 17 (Ciena Corporation) was bought by ▮▮▮▮▮▮ on 5-16-2002 and should have been
placed on the 2002 Disclosure Report, this was ommitted in error.

Date _____ 4-15-2004 _____

One Columbus Circle, N.E.
Washington, D.C. 20544